IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARCIA MARENGO, ET AL.** | § | **PLAINTIFFS** |
| | § | |
| v. | § | Civil Action No. 1:11CV291HSO-JMR |
| | § | |
| **CHRISTOPHER BREARD, ET AL.** | § | **DEFENDANTS** |

## FINAL JUDGMENT

This matter having come on to be heard on Defendants' Motion to Dismiss filed August 11, 2011 [4-1]. The Court, after a review and consideration of Defendants' Motion, Plaintiffs' Response, the pleadings on file, and the relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED** that Plaintiffs' Complaint is hereby dismissed without prejudice, pursuant to FED. R. CIV. P. 12(b)(1) and 12(h)(3).

**SO ORDERED AND ADJUDGED**, this the 7th day of September, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE